# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY NAVARETTE,** | NO. CV 12-4268-GHK (MAN) |
|       Petitioner, | |
|     v. | JUDGMENT |
| **G.D. LEWIS,** | |
|       Respondent. | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   2/23/15  .

                                    GEORGE H. KING
                                  UNITED STATES DISTRICT JUDGE